02-11-302-CR












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00302-CR

 

EX PARTE     

 

German Pulido

------------

 

FROM THE 362nd District Court OF DENTON COUNTY

------------

MEMORANDUM
OPINION[1]
AND JUDGMENT

----------

         
We have considered appellant’s AMotion To
Dismiss Appeal.@  The motion complies
with rule 42.2(a) of the rules of appellate procedure.  See Tex. R.
App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                  
PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

   

DELIVERED: 
November 23, 2011



 













[1]See Tex. R. App. P. 47.4.